In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO.  09-14-00440-CV**
_____

**IN THE INTEREST OF D.O.R. JR., A.B.B. AND J.L.**

**On Appeal from the County Court at Law**
**Polk County, Texas**
**Trial Cause No. PC05722**

**MEMORANDUM OPINION**

In this parental-rights termination case, a jury found that Mother's parent-child relationships to her minor children, D.O.R. Jr., A.B.B., and J.L., should be terminated.[1] *See* Tex. Fam. Code Ann. § 161.001(1)(D), (E) (West 2014). The jury also found that it was in the children's best interest to terminate Mother's parental-rights with respect to these three children. *See id*. § 161.001(2) (West 2014). Based

_____

[1]We identify the minors by their initials to protect their identities. *See* Tex. R. App. P. 9.8. Other family members are identified, as necessary, based on their respective relationships to the children being discussed.

1

on the jury's verdict, the trial court rendered a judgment terminating Mother's parental-rights to D.O.R. Jr., A.B.B., and J.L.

In the appeal, the brief filed by Mother's court-appointed appellate counsel suggests that no arguable grounds exist to support arguments which would result in reversing the jury's verdict. *See Anders v. California*, 386 U.S. 738, 744 (1967); *In re L.D.T.*, 161 S.W.3d 728, 731 (Tex. App.—Beaumont 2005, no pet.). The brief reflects counsel's professional evaluation of the record. The record before us also reflects that counsel served Mother with a copy of the *Anders* brief, moved to withdraw, and requested that Mother be provided an opportunity to file a *pro se* response. On October 30, 2014, we notified Mother that her response was due on November 19, 2014, but she did not file a *pro se* response.

We have reviewed counsel's brief and the trial court record. We conclude that no arguable grounds for appeal exist; therefore, we affirm the trial court's judgment.

We grant counsel's motion to withdraw.[2]

AFFIRMED.

---

[2]In connection with withdrawing from the case, counsel shall inform Mother of the result of this appeal and that she has the right to file a petition for review with the Texas Supreme Court. *See* Tex. R. App. P. 53; *In re K.D.*, 127 S.W.3d 66, 68 n.3 (Tex. App.—Houston [1st Dist.] 2003, no pet.).

_____
HOLLIS HORTON
Justice

Submitted on December 10, 2014
Opinion Delivered January 15, 2015

Before McKeithen, C.J., Horton and Johnson, JJ.